Sandeep G. Agarwal, Esq. (SBN: 210598)
**LAW OFFICES OF SANDEEP G. AGARWAL**
13428 Maxella Avenue, #238
Marina del Rey, CA 90292
Telephone: (866) 844-4125
Facsimile: (866) 844-4127
Attorneys for *Defendant*,
CORNERSTONE VALVE, LLC and NITESH K. GUPTA

## U.S. DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKERSFIELD PIPE & SUPPLY, INC., A California Corporation doing business as PALADON AMERICAS, <br><br> Plaintiff, <br><br> vs. <br><br> CORNERSTONE VALVE, LLC, et al., <br><br> Defendants. | CASE NO. 1:14-cv-01445-JLT <br><br> [~~PROPOSED~~] ORDER AS TO STIPULATION TO EXTEND DISCOVERY CUT-OFF AS TO DEPOSITION OF DEFENDANT NITESH K. GUPTA AND PERSON MOST KNOWLEDGEABLE AT CORNERSTONE, VALVE, LLC <br><br> (Doc. 33) |

Good cause appearing, the Court **ORDERS**:

1. As to the deposition of defendant Nitesh K. Gupta personally and for the entity under Federal Rule 30(b)(6) **only**, the deadline to complete this discovery is extended to October 12, 2015; and,

2. Defendant Nitesh K. Gupta is **SHALL** appear on October 12, 2015 at 10:00 am for the taking of his deposition in Valencia, California both as a percipient witness and for the entity under Federal Rule 30(b)(6).

IT IS SO ORDERED.

Dated:   **September 30, 2015**          **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1
[~~PROPOSED~~] ORDER