1

2

3

4

5

6

7

8                           **UNITED STATES DISTRICT COURT**

9                           **EASTERN DISTRICT OF CALIFORNIA**

10

11    BAKERSFIELD PIPE & SUPPLY,              )    Case No.: 1:14-cv-01445 JLT
                                              )
12              Plaintiff,                    )    ORDER GRANTING IN PART STIPULATION TO
                                              )    AMEND THE SCHEDULING ORDER
13        v.                                  )
                                              )    (Doc. 36)
14    CORNERSTONE VALVE, LLC, et al.,         )
                                              )
15              Defendants.                   )
                                              )
16    ─────────────────────────────────────

17          On October 27, 2015, the parties filed a stipulation in which they seek to extend all remaining

18    case deadlines due to the upcoming birth of the first child of Plaintiff's counsel.  (Doc. 36)  Thus, the

19    parties agree to extend all case deadlines by 90 days.  Id.

20          Based upon the stipulation, the Court **ORDERS**:

21          1.      The stipulation to amend the case schedule is **GRANTED** as follows:

22                  A.      All discovery related to experts SHALL be completed no later than **February 5,**

23                          **2016**;

24                  B.      Any non-dispositive motion SHALL be filed no later than **February 19, 2016**

25                          and heard no later than **March 18, 2016**;

26                  C.      Any dispositive motion SHALL be filed no later than **April 1, 2016** and heard

27                          no later than **May 6, 2016**;

28                  D.      The pretrial conference is continued to **June 21, 2016** at 10:00 a.m.;

                                                   1

1          E.        The trial is continued to **July 11, 2016** at 8:30 a.m.

2

3   IT IS SO ORDERED.

4      Dated:    **October 28, 2015**                    **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28