UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKERSFIELD PIPE & SUPPLY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CORNERSTONE VALVE, LLC, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01445 JLT<br><br>ORDER GRANTING IN PART STIPULATION TO AMEND THE SCHEDULING ORDER AND PRELIMINARY PRETRIAL ORDER<br><br>(Doc. 39) |

　　On March 24, 2016, Defendants filed an ex parte application[1] seeking an extension of time to complete expert discovery.  (Doc. 41-1)  However, the scheduling order requires the moving party to seek an informal conference with the Court before the party may file <u>any</u> motion related to discovery.  (Doc. 17 at 3-4)  Thus, the Court initiated and held the informal conference on March 28, 2016.

　　At the conference, the Court learned that defense counsel had not spoken to his experts to determine their availability during the three-week extension of time sought in the motion.  Moreover, if the Court grants an extension, Plaintiff's attorney likewise would need to discuss availability with their experts.  Thus, the Court **ORDERS**:

　　1.　　**No later than close of business today**, counsel **SHALL** obtain dates that their experts and they are available between April 5 and April 29, 2016.  **No later than noon on March 29, 2016**,

---

[1] Notably, Defendants fail to show why they believed that the motion could or should be heard ex parte. L.R. 230.

1

counsel **SHALL** exchange the dates that they and their experts are available.  **No later than noon on March 30, 2016**, counsel **SHALL** notify their opponent which of the proposed dates will work on their calendars.[2]

      2.    **No later than close of business on March 31, 2016**, counsel **SHALL** file a joint statement indicating the dates they will take the expert depositions.  If necessary, the Court will schedule a further informal telephonic conference.  Otherwise, the Court will issue an order related to the proposed dates.

IT IS SO ORDERED.

    Dated:   **March 28, 2016**                    **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

---

[2] Neither side may insist that their opponent's experts will be taken first.  Fed. R. Div. P. 26(d)(3). Likewise, neither side is permitted to reject a proposed date merely because a party wishes to be present for the depositions.  If a party wishes to be present, he/she/it SHALL make himself/herself/itself available on dates convenient to the deponents and counsel.