UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKERSFIELD PIPE & SUPPLY,<br><br>   Plaintiff,<br><br>   v.<br><br>CORNERSTONE VALVE, LLC, et al.,<br><br>   Defendants. | Case No.: 1:14-cv-01445 JLT<br><br>ORDER GRANTING IN PART STIPULATION TO AMEND THE SCHEDULING ORDER AND PRELIMINARY PRETRIAL ORDER<br><br>(Doc. 39) |

On March 24, 2016, Defendants filed an ex parte application seeking an extension of time to complete expert discovery. (Doc. 41-1) The Court held an informal conference on the motion at which it learned further about the reasons the parties had not completed expert discovery. As a result, the Court ordered counsel to speak to their experts and to develop, as best they could, a schedule for completing the experts' depositions by the end of April. (Doc. 44) This has happened.

Based upon the joint statement of counsel, the Court **ORDERS**:

1. The parties SHALL complete expert discovery **no later than April 28, 2016**. Following **SHALL** be the deposition schedule:

   a. Deposition of Plaintiff's expert, Bob Smith will occur on **April 18, 2016**;

   b. Deposition of Plaintiff's expert, Cary Evans will occur on **April 19, 2016**;

   c. Deposition of Plaintiff's expert, Dan Byrum will occur on **April 19, 2016**;

   d. Deposition of Defendants' expert, Nitesh K. Gupta will occur on **April 25,**

1

2016;

    e. Deposition of Defendants' expert, Randall Merritt will occur on **April 25, 2016**;

    f. Deposition of Defendants' expert, Jamie Farr will occur on **April 25, 2016**;

    g. Deposition of Defendants' expert, John Hughett will occur on **April 26, 2016**;

    h. Deposition of Defendants' expert, Jimmy Talley will occur on **April 27, 2016**;

    i. Deposition of Plaintiff's expert, James Bock will occur on **April 28, 2016**;

  2. Any non-dispositive motions SHALL be filed no later than **May 13, 2016** and heard no later than **June 10, 2016**;

  3. The ex parte application to amend the motion expert discovery deadlines is **DENIED** as **MOOT**;

  4. No further amendments to the case schedule will be authorized absent a showing of <u>exceptional good cause</u>, which does not include that counsel has been/will be busy with other matters or is or has been in trial.

IT IS SO ORDERED.

 Dated: **April 1, 2016**     **/s/ Jennifer L. Thurston**
                UNITED STATES MAGISTRATE JUDGE