Sandeep G. Agarwal, Esq., SBN 210598
LAW OFFICES OF SANDEEP G. AGARWAL
13428 Maxella Avenue, Suite 238
Marina del Rey, CA 90292
Tel: (866) 844-4125
Fax: (866) 844-4127

Attorneys for Defendants
CORNERSTONE VALVE, LLC and NITESH K. GUPTA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKERSFIELD PIPE & SUPPLY, INC., a California Corporation doing business as PALADON AMERICAS, | Case No.: 1:14-cv-01445---JLT |
| Plaintiffs, vs. | STIPULATION TO FILE EXHIBIT "A" TO THE STIPULATED DIMISSAL AND ORDER THEREON UNDER SEAL; AND PROPOSED ORDER |
| CORNERSTONE VALVE, LLC, a Texas Limited Liability Corporation; NITESH K. GUPTA; and DOES 1 to 50, inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///

The parties have reached a settlement in this case.  Counsel for defendants and defendants wish to keep the terms of the settlement confidential and under seal.  Courts regularly grant protective orders to protect confidential settlements agreements. *Phillips v. GMC*, 307 F.3d 1206, 1212 (9th Cir.2002) (citing *Hasbrouck v. BankAmerica Hous. Servs.*, 187 F.R.D. 453, 455 (N.D.N.Y. 1999) and *Kalinauskas v. Wong*, 151 F.R.D. 363, 365-67 (D. Nev. 1993)).

The parties hereby stipulate and request that the Court order that the settlement agreement and mutual release attached as Exhibit "A" to the document entitled "STIPULATED DISMISSAL AND ORDER THEREON" be filed under seal unless and until the defendants are in default under the terms of the settlement agreement and mutual release. The parties shall be entitled to seek to have the settlement agreement and mutual release attached as Exhibit "A" unsealed in the event that either party seeks to enforce any of the terms set forth in the settlement agreement and mutual release and the party not seeking enforcement of the agreement will take no action to oppose any such effort by the moving party.

Dated:  July 7, 2016

   /s/ Matthew C. McCartney
MATTHEW C. MCCARTNEY
Attorney for Bakersfield Pipe & Supply, Inc.

Dated: July 7, 2016           //s// Sandeep G. Agarwal, Esq.
Sandeep G. Agarwal, Esq.
Attorney for Defendants CORNERSTONE
VALVE, LLC and NITESH K. GUPTA

## ORDER

Based on the within stipulation, and good cause appearing therefor, the Court hereby orders as follows:

1.     The document entitled stipulated dismissal and order thereon will be filed electronically without Exhibit "A" (the settlement agreement and mutual release) attached.

2.      Exhibit "A" (the settlement agreement and mutual release) to the stipulated dismissal and order thereon will be separately filed under seal according to Local Rule 141.

3.      A party seeking to enforce the agreement shall be entitled to seek to have Exhibit "A" (the settlement agreement and mutual release) unsealed in the event that the moving party seeks to take any action to enforce the settlement agreement and mutual release.


Dated:   7/6/16      Signed:_____

Jennifer L. Thurston
UNTITED STATES MAGISTRATE JUDGE