1  Matthew C. McCartney, SBN 226687
   EASTMAN & MCCARTNEY, LLP
2  1430 Truxtun Avenue, Suite 700
   Bakersfield, CA 93301
3  (661) 334-1800 - Telephone
   (661) 334-8016 - Facsimile
4
   N. Thomas McCartney, SBN 066758
5  MCCARTNEY & ASSOCIATES
   1430 Truxtun Avenue, Suite 700
6  Bakersfield, CA 93301
   (661) 334-8011 - Telephone
7  (661) 334-8016 - Facsimile

8  David B. Potter, SBN 85813
   ARRACHE & POTTER
9  4800 Easton Drive, Suite 114
   Bakersfield, CA 93309
10 (661) 328-1800 - Telephone
   (661) 328-0380 - Facsimile
11
12 Attorneys for plaintiff

13

14                UNITED STATES DISTRICT COURT

15                EASTERN DISTRICT OF CALIFORNIA

16 

| BAKERSFIELD PIPE & SUPPLY, INC., a California Corporation doing business as PALADON AMERICAS,<br><br>Plaintiffs,<br>vs.<br><br>CORNERSTONE VALVE, LLC, a Texas Limited Liability Corporation; NITESH K. GUPTA and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 1:14-cv-01445---JLT<br><br>STIPULATED DISMISSAL AND ORDER THEREON<br><br>Date:   July 5, 2016<br>Time:   3:30pm<br>Place:  Bakersfield Courtroom<br>        510 19th Street<br>        Bakersfield, CA 93301 |
|---|---|

27 ///

28 ///

## RECITALS

Comes now Bakersfield Pipe & Supply, Inc., ("BPS"), Cornerstone Valve, LLC, ("Cornerstone") and Nitesh K. Gupta ("Gupta"), who stipulate and agree that the above matter may be dismissed pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2) as follows:

Whereas, the parties have heretofore executed a settlement agreement and release (the "Agreement"), pursuant to which they have set forth the terms of an agreement to resolve this litigation, a true and correct copy of the Agreement is attached hereto as Exhibit "A;"

Whereas, the Agreement sets forth certain monetary obligations for which both Gupta and Cornerstone are liable;

Whereas, the Agreement calls for the entry of judgment upon the event of an uncured default with respect to the aforementioned monetary obligations, and

Whereas, the parties wish to dismiss the above entitled action with a reservation of jurisdiction to allow for the entry of judgment upon default as more fully set forth in the Agreement;

## STIPULATION

Now, therefore the parties, through their counsel, hereby stipulate that the above entitled action shall be dismissed pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2) under the conditions set forth in the order included herein.

Dated: July 7, 2016                     LAW OFFICES OF SANDEEP G. AGARWAL

                                        By____/s/ Sandeep G. Agarwal__
                                        Sandeep G. Agarwal, Esq.
                                        Attorney for defendants Cornerstone
                                        Valve, LLC and Nitesh K. Gupta

Dated: July 7, 2016                    EASTMAN & McCARTNEY LLP


By      /s/ Matthew C. McCartney
Matthew C. McCartney, Esq.
Attorney for plaintiff
Bakersfield Pipe & Supply, Inc., a California
Corporation dba Paladon Americas


ORDER

Based on the within stipulation, and good cause appearing therefor, the Court hereby orders as follows:

1. Under the conditions set forth above, the above entitled matter is hereby ordered dismissed pursuant to Federal Rule of Civil Procedure, Rule 41(a)(2).

2. The terms of the Agreement set forth in Exhibit "A" are expressly incorporated herein as though set forth in full.

3. The above entitled court, the Eastern District of the United States District Court and in particular Magistrate Judge Jennifer L. Thurston, or any successor magistrate judge to her, shall retain jurisdiction to enforce the monetary obligations of Gupta and Cornerstone under the Agreement including jurisdiction to enter judgment under the terms of the Agreement.

4. The above entitled court shall also retain jurisdiction to amend this order of dismissal to include language that the dismissal will be with prejudice if all of the monetary obligations set forth in the Agreement are satisfied.

5. If necessary to enforce its remedy under the Agreement, BPS shall be entitled to an order setting aside this dismissal.

Dated: 7/12/16                         Signed: /s/ Jennifer L. Thurston
                                       Jennifer L. Thurston
                                       UNITED STATES MAGISTRATE JUDGE